717 So.2d 626 (1998)
Harry KALKAI, Appellant,
v.
EMERGENCY ONE, Appellee.
No. 98-787.
District Court of Appeal of Florida, Fifth District.
September 25, 1998.
James B. Tarquin and J. Melanie Slaughter, Ocala, for Appellant.
John Finnigan and Deborah Frimmell, of Garwood, McKenna, McKenna & Wolf, P.A., Orlando, for Appellee.
PER CURIAM.
See Milano v. Moldmaster, Inc., 703 So.2d 1093 (Fla. 4th DCA 1997).
AFFIRMED.
W. SHARP, HARRIS and ANTOON, JJ., concur.